

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-14-00164-CR

J. D. LEWIS MCKINNEY, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 47th District Court
Potter County, Texas
Trial Court No. 67,318-A, Honorable Dan L. Schaap, Presiding

October 3, 2014

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellant J. D. Lewis McKinney pled guilty to the felony offense of driving while intoxicated. After a punishment hearing to the trial court, he was sentenced to eight years confinement. He then filed a notice of appeal.

Appellant's counsel has now filed a motion to withdraw, together with an *Anders*[1] brief, wherein she certified that, after diligently searching the record, she concluded that the appeal was without merit. Along with her brief, appellate counsel filed a copy of a

---

[1] *See Anders v. California*, 386 U.S. 738, 744-45, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

letter sent to appellant informing him of her belief that there was no reversible error and of appellant's right to file a response *pro se*. Appellant was additionally supplied a motion by which he could request a copy of the appellate record. Via letter, this court also notified appellant of his right to file his own brief or response by September 22, 2014, if he wished to do so. To date, no response has been filed. Nor has the court received from appellant a motion to obtain the appellate record.

In compliance with the principles enunciated in *Anders*, appellate counsel discussed potential areas of appeal including the indictment, pretrial motions, admonishments, appellant's competence and the voluntariness of his plea, any adverse rulings during the punishment hearing, sentencing, the judgment, the sufficiency of the evidence, and ineffective assistance of counsel. She has satisfactorily explained why the issues lack merit.

In addition, we conducted our own review of the record to assess the accuracy of appellate counsel's conclusions and to uncover any arguable error pursuant to *In re Schulman*, 252 S.W.3d 403 (Tex. Crim. App. 2008) and *Stafford v. State*, 813 S.W.2d 508 (Tex. Crim. App. 1991). After doing so, we concurred with counsel's conclusions.

Accordingly, the motion to withdraw is granted, and the judgment is affirmed.


Brian Quinn
Chief Justice


Do not publish.

2